# EXHIBIT A

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-5201099619

## Mail Certificate

Chestnut Cambronne PA
Natalie R Walz
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401 United States

**Priority:** Routine            **Application Date:** May 22, 2017

## Correspondent

**Organization Name:** Chestnut Cambronne PA
**Name:** Natalie R Walz
**Email:** nwalz@chestnutcambronne.com
**Telephone:** (612)339-7300
**Address:** 17 Washington Avenue North
Suite 300
Minneapolis, MN 55401 United States

Registration Number
# *-APPLICATION-*

## Title

        Title of Work:    Pocket PC Hand Held

## Completion/Publication

        Year of Completion:    2004
        Date of 1st Publication:    September 01, 2004
        Nation of 1st Publication:    United States

## Author

-     Author:    Alexander Kushner
        Author Created:    computer program
        Domiciled in:    United States

## Copyright Claimant

        Copyright Claimant:    Alexander Kushner
        3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Certification

        Name:    Alexander Kushner
        Date:    May 22, 2017
        Applicant's Tracking Number:    2.002

Registration Number
# *-APPLICATION-*

## Title

        Title of Work:   PDF Printer

## Completion/Publication

      Year of Completion:   2005
   Date of 1st Publication:   December 01, 2015
 Nation of 1st Publication:   United States

## Author

     •         Author:   Alexander Kushner
       Author Created:   computer program
          Domiciled in:   United States

## Copyright Claimant

   Copyright Claimant:   Alexander Kushner
                            3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Limitation of copyright claim

 Material excluded from this claim:   computer program, Pocket PC Hand Held

  New material included in claim:   computer program, PDF Printer

## Certification

                 Name:   Alexander Kushner
                  Date:   May 22, 2017
Applicant's Tracking Number:   2.002

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** PrintIt

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** December 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Alexander Kushner
  **Author Created:** computer program
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Alexander Kushner
3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Pocket PC Hand Held

**New material included in claim:** computer program, PrintIt

## Certification

**Name:** Alexander Kushner
**Date:** May 22, 2017
**Applicant's Tracking Number:** 2.002

Page 1 of 1

Ex. A - 4

Registration Number
**\*-APPLICATION-\***

## Title

Title of Work: EDI

## Completion/Publication

Year of Completion: 2005
Date of 1st Publication: December 01, 2015
Nation of 1st Publication: United States

## Author

- Author: Alexander Kushner
  Author Created: computer program
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Alexander Kushner
3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Limitation of copyright claim

Material excluded from this claim: computer program, Pocket PC Hand Held

New material included in claim: computer program, EDI

## Certification

Name: Alexander Kushner
Date: May 22, 2017
Applicant's Tracking Number: 2.002

Registration Number
**\*-APPLICATION-\***

## Title

        Title of Work:    Data Exchange between Everest and Aleran

## Completion/Publication

        Year of Completion:    2007
        Date of 1st Publication:    January 01, 2007
        Nation of 1st Publication:    United States

## Author

-     Author:    Alexander Kushner
    Author Created:    computer program
    Domiciled in:    United States

## Copyright Claimant

        Copyright Claimant:    Alexander Kushner
                                3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Limitation of copyright claim

    Material excluded from this claim:    computer program, Pocket PC Hand Held; PDF Printer; PrintIt; EDI

    New material included in claim:    computer program, Data Exchange between Everest and Aleran

## Certification

                      Name:    Alexander Kushner
                      Date:    May 22, 2017
    Applicant's Tracking Number:    2.002

Registration Number
**\*-APPLICATION-\***

# Title

        Title of Work:   Product Selector

# Completion/Publication

      Year of Completion:   2007
   Date of 1st Publication:   January 01, 2007
  Nation of 1st Publication:   United States

# Author

      •   Author:   Alexander Kushner
    Author Created:   computer program
      Domiciled in:   United States

# Copyright Claimant

    Copyright Claimant:   Alexander Kushner
                              3150 Zircon Lane North, Plymouth, MN, 55447, United States

# Limitation of copyright claim

  Material excluded from this claim:   computer program, Pocket PC Hand Held; PDF Printer; PrintIt; EDI

    New material included in claim:   computer program, Product Selector

# Certification

                      Name:   Alexander Kushner
                       Date:   May 22, 2017
  Applicant's Tracking Number:   2.002

Registration Number
**\*-APPLICATION-\***

# Title

        Title of Work:    Integrated Everest API

# Completion/Publication

        Year of Completion:    2013
        Date of 1st Publication:    July 01, 2013
        Nation of 1st Publication:    United States

# Author

-     Author:    Alexander Kushner
    Author Created:    computer program
    Domiciled in:    United States

# Copyright Claimant

    Copyright Claimant:    Alexander Kushner
        3150 Zircon Lane North, Plymouth, MN, 55447, United States

# Limitation of copyright claim

    Material excluded from this claim:    computer program, Pocket PC Hand Held; PDF Printer; PrintIt; EDI; Product Selector; Data Exchange between Everest and Aleran

    New material included in claim:    computer program, Integrated Everest API

# Certification

        Name:    Alexander Kushner
        Date:    May 22, 2017
    Applicant's Tracking Number:    2.002

Registration Number
**\*-APPLICATION-\***

## Title

      Title of Work:    Epick

## Completion/Publication

      Year of Completion:    2013
      Date of 1st Publication:    August 01, 2013
      Nation of 1st Publication:    United States

## Author

-     Author:    Alexander Kushner
    Author Created:    computer program
    Domiciled in:    United States

## Copyright Claimant

    Copyright Claimant:    Alexander Kushner
        3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Limitation of copyright claim

    Material excluded from this claim:    computer program, Pocket PC Hand Held; PDF Printer; PrintIt; EDI; Product Selector; Data Exchange between Everest and Aleran; Integrated Everest API

    New material included in claim:    computer program, Epick

## Certification

      Name:    Alexander Kushner
      Date:    May 22, 2017
    Applicant's Tracking Number:    2.002

Registration Number
# *-APPLICATION-*

## Title

        Title of Work: Csv2Xml

## Completion/Publication

        Year of Completion: 2016
        Date of 1st Publication: July 01, 2016
        Nation of 1st Publication: United States

## Author

-     Author: Alexander Kushner
        Author Created: computer program
        Domiciled in: United States

## Copyright Claimant

        Copyright Claimant: Alexander Kushner
        3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Limitation of copyright claim

        Material excluded from this claim: computer program, Pocket PC Hand Held; PDF Printer; PrintIt; EDI; Product Selector; Data Exchange between Everest and Aleran; Integrated Everest API; Epick; Receipt Processor

        New material included in claim: computer program, Csv2Xml

## Certification

        Name: Alexander Kushner
        Date: May 22, 2017
        Applicant's Tracking Number: 2.002

Registration Number
# *-APPLICATION-*

## Title

        Title of Work:   Website

## Completion/Publication

     Year of Completion:   2016
  Date of 1st Publication:   August 01, 2016
 Nation of 1st Publication:   United States

## Author

-           Author:   Alexander Kushner
    Author Created:   computer program
      Domiciled in:   United States

## Copyright Claimant

  Copyright Claimant:   Alexander Kushner
                         3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Limitation of copyright claim

 Material excluded from this claim:   computer program, Pocket PC Hand Held; PDF Printer; PrintIt; EDI; Product Selector; Data Exchange between Everest and Aleran; Integrated Everest API; Epick; Receipt Processor; Csv2Xml; Website scraper

 New material included in claim:   computer program, Website

## Certification

                      Name:   Alexander Kushner
                       Date:   May 22, 2017
Applicant's Tracking Number:   2.002

Registration Number
# *-APPLICATION-*

## Title

Title of Work: Receipt Processor

## Completion/Publication

Year of Completion: 2014
Date of 1st Publication: September 01, 2014
Nation of 1st Publication: United States

## Author

- Author: Alexander Kushner
  Author Created: computer program
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Alexander Kushner
3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Limitation of copyright claim

Material excluded from this claim: computer program, Pocket PC Hand Held; PDF Printer; PrintIt; EDI; Product Selector; Data Exchange between Everest and Aleran; Integrated Everest API; Epick

New material included in claim: computer program, Receipt Processor

## Certification

Name: Alexander Kushner
Date: May 22, 2017
Applicant's Tracking Number: 2.002

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Website scraper

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Alexander Kushner
  **Author Created:** computer program
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Alexander Kushner
3150 Zircon Lane North, Plymouth, MN, 55447, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Pocket PC Hand Held; PDF Printer; PrintIt; EDI; Product Selector; Data Exchange between Everest and Aleran; Integrated Everest API; Epick; Receipt Processor

**New material included in claim:** computer program, Website scraper

## Certification

**Name:** Alexander Kushner
**Date:** May 22, 2017
**Applicant's Tracking Number:** 2.002