# EXHIBIT B

Hi Bev,

Ok to pay Alex $60,250.00 for last year's services.

Thank you,



**Randy Schuster**

Vickerman Company

675 Tacoma Blvd

NYA, MN 55368

T 952-373-2012

F 952-373-2052

---

**From:** Alex Kushner [mailto:alex@aleran.com]
**Sent:** Wednesday, February 08, 2017 10:04 AM
**To:** Randy Schuster <randy@vickerman.com>
**Subject:** my Vickerman 2016 hours

Hi Randy,

As we spoke the following is my Vickerman 2016 recorded hours:

Recorded hours 570 * $85/hour = $48,450.00

Black Friday support:     $2,000

Vickerman website:     $9,800

Total $60,250.00

Thank you,

Alex

**Alexander Kushner**



Alex Kushner <alex@aleran.com>

## my Vickerman 2016 hours
5 messages

---

**Alex Kushner** <alex@aleran.com>　　　　　　　　　　　　　　　　Wed, Feb 8, 2017 at 10:04 AM
To: randy@vickerman.com

Hi Randy,

As we spoke the following is my Vickerman 2016 recorded hours:

Recorded hours 570 * $85/hour = $48,450.00

Black Friday support: $2,000

Total $50,450.00

Thank you,

Alex

**Alexander Kushner**



ALERAN SOFTWARE • 1922 1st Ave S, STE 200 • Anoka, MN 55303 • USA

Tel. 952.373.2090 • 800.388.2408 • Fax 866.770.8002

www.aleran.com  alex-vCard

--------------------CONFIDENTIALITY NOTICE----------------------
This electronic mail transmission contains confidential information
intended only for the individual or entity to which it is addressed.
Any use, distribution, copying or disclosure by any other person
is strictly prohibited.
-----------------------------------------------------------------

---

**Randy Schuster** <randy@vickerman.com>　　　　　　　　　　　　Wed, Feb 8, 2017 at 10:52 AM
To: Bev Hendrickson <bev@vickerman.com>
Cc: Alex Kushner <alex@aleran.com>

**Cc:** Alex Kushner <alex@aleran.com>
**Subject:** FW: my Vickerman 2016 hours

[Quoted text hidden]

---

**Randy Schuster** <randy@vickerman.com>  Wed, Feb 8, 2017 at 11:03 AM
To: Alex Kushner <alex@aleran.com>

==This was extra because for the quick turnaround.==

Thanks,



**Randy Schuster**

**Vickerman Company**

**675 Tacoma Blvd**

**NYA, MN 55368**


T 952-373-2012

F 952-373-2052

---

**From:** Alex Kushner [mailto:alex@aleran.com]
**Sent:** Wednesday, February 08, 2017 10:55 AM
**To:** Randy Schuster <randy@vickerman.com>
**Subject:** RE: my Vickerman 2016 hours

[Quoted text hidden]

---

**Alex Kushner** <alex@aleran.com>  Wed, Feb 8, 2017 at 11:03 AM
To: Randy Schuster <randy@vickerman.com>

Thank you,

Alex



**Alexander Kushner**



ALERAN SOFTWARE • 1922 1st Ave S, STE 200 • Anoka, MN 55303 • USA

Tel. 952.373.2090 • 800.388.2408 • Fax 866.770.8002

ALERAN SOFTWARE • 1922 1st Ave S, STE 200 • Anoka, MN 55303 • USA

Tel. 952.373.2090 • 800.388.2408 • Fax 866.770.8002

www.aleran.com alex-vCard

---------------------CONFIDENTIALITY NOTICE----------------------
This electronic mail transmission contains confidential information
intended only for the individual or entity to which it is addressed.
Any use, distribution, copying or disclosure by any other person
is strictly prohibited.
----------------------------------------------------------------------

**Alex Kushner** <alex@aleran.com>  Wed, Feb 8, 2017 at 10:54 AM
To: Randy Schuster <randy@vickerman.com>

Randy,

Vickerman website hours were included in my hours.

-alex

**Alexander Kushner**

ALERAN SOFTWARE • 1922 1st Ave S, STE 200 • Anoka, MN 55303 • USA

Tel. 952.373.2090 • 800.388.2408 • Fax 866.770.8002

www.aleran.com alex-vCard

---------------------CONFIDENTIALITY NOTICE----------------------
This electronic mail transmission contains confidential information
intended only for the individual or entity to which it is addressed.
Any use, distribution, copying or disclosure by any other person
is strictly prohibited.
----------------------------------------------------------------------

**From:** Randy Schuster [mailto:randy@vickerman.com]
**Sent:** Wednesday, February 8, 2017 10:52 AM
**To:** Bev Hendrickson <bev@vickerman.com>

www.aleran.com alex-vCard

----------------------CONFIDENTIALITY NOTICE----------------------
This electronic mail transmission contains confidential information
intended only for the individual or entity to which it is addressed.
Any use, distribution, copying or disclosure by any other person
is strictly prohibited.
--------------------------------------------------------------------

**From:** Randy Schuster [mailto:randy@vickerman.com]
**Sent:** Wednesday, February 8, 2017 11:03 AM
**To:** Alex Kushner <alex@aleran.com>

[Quoted text hidden]

[Quoted text hidden]